IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARCELINO PENALOZA,

      Appellant,

v.                                                                Case No.  5D23-1469
                                                                 LT Case No. 93-06738-CFA
STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed July 25, 2023

3.850 Appeal from the Circuit Court
for Brevard County,
Robert Segal, Judge.

Marcelino Penaloza, Bonifay, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford, Jr.,
Assistant Attorney General, Daytona Beach,
for Appellee

PER CURIAM.

      AFFIRMED.  See Fla. R. App. P. 9.315(a).


EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.